Meredith L. VANHOOSE,
Plaintiff–Appellant,

and

David D. Ashworth; Dennis S. Sullivan;
Gary Lee Basenback; Dennis P.
Woodard; John E. Workman; Frankie Kuhn; Robert Crum, Plaintiffs,

v.

Dan FERGUSON, Administrator;
Donald Stepp; Hercil Gartin,
Defendants–Appellees,

and

Cabell County Jail; Dallan
Fields, Defendants.

No. 02–6581.

United States Court of Appeals,
Fourth Circuit.

Submitted June 13, 2002.

Decided June 19, 2002.

Meredith L. Vanhoose, Appellant Pro
Se. Theresa Marlene Kirk, Pullin, Knopf,
Fowler & Flanagan, Charleston, West Virginia, for Appellees.

Before WIDENER, LUTTIG, and
WILLIAMS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Meredith Vanhoose appeals the district court's judgment order granting summary judgment to Cabell County Jail and certain of its employees. We have reviewed the record and the district court's memorandum order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Vanhoose v. Ferguson,* No. CA–00–200 (S.D.W.Va. Mar. 29, 2002). We also deny Vanhoose's motion for appointment of counsel and/or attorney's fees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*